No. 83–5016.   ADAMS v. FLORIDA PAROLE AND PROBATION COMMISSION.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 83–5017.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5035.   WARD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–5037.   ROBBINS v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 83–5067.   EDGINGTON ET AL. v. NEW MEXICO.   Ct. App. N. M.   Certiorari denied.

No. 83–5087.   KOENIG v. SOUTH DAKOTA.   Sup. Ct. S. D. Certiorari denied.

No. 83–5109.   LITT v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 83–5117.   HILL v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT HUNTINGDON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–5122.   PERSINGER v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–5162.   GUTIERREZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–5168.   GRAHAM v. HOUSEMAN, ACTING DISTRICT DIRECTOR OF THE PORTLAND OFFICE OF THE UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 83–5171.   BROWN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5189.   DAMPIER v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.